UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15-CR-545 (CEJ) |
| ) | |
| EUGENE DOKES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Nannette A. Baker for determination and recommended disposition, where appropriate.  On March 30, 2016, Judge Baker issued a Report and Recommendation, recommending that the motion to dismiss indictment filed by defendant Eugene Dokes be denied.   The defendant did not file objections to the magistrate judge's recommendations, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Nannette A. Baker [Doc. # 30] is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant Eugene Dokes to dismiss the indictment [Doc. # 23] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of May, 2016.